JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
**WILEY PETERSEN**
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com
jwiley@wileypetersenlaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NEVADA REGIONAL ECONOMIC DEVELOPMENT CENTER, LLC, a Nevada limited liability company, on its own behalf and derivatively on behalf of NREDC BISTRO MANAGER, LLC, a Nevada limited liability company,

Plaintiffs,

v.

IMMIGRATION CAPITAL LLC, a Delaware limited liability company, YU CAPITAL, LLC, a Wyoming limited liability company, and ZHENGYU HUANG, an individual,

Defendants.

CASE NO.: 2:26-cv-01760-JAD-MDC

**STIPULATION AND ORDER TO ADJUST BRIEFING SCHEDULE AND CONTINUE HEARING ON MOTION TO DISMISS [ECF NO. 10]**

**[FIRST REQUEST]**

Plaintiff Nevada Regional Economic Development Center, LLC ("NREDC"), on its own behalf and derivatively on behalf of NREDC Bistro Manager, LLC (collectively, "Plaintiffs"), by and through their counsel of record, Jonathan D. Blum, Esq. and Jason M. Wiley, Esq. of the law firm Wiley Petersen, and Defendants Immigration Capital LLC ("Immigration Capital"), Yu Capital, LLC ("Yu Capital"), a, and Zhengyu Huang ("Huang") (collectively, "Defendants"), by and through their counsel of record, James Jantarasami, Esq. of the law firm of Law Office Of James Jantarasami and Michael V. Infuso, Esq. of the law firm of Greene Infuso, LLP hereby submit this Stipulated Request to adjust the briefing schedule and continue the hearing regarding *Defendants' Motion to Dismiss*

*Plaintiffs' Complaint* [ECF No. 10] (the "Motion to Dismiss").

1. Prior to removal of this action, the Parties entered a stipulation extending Defendants' responsive pleading deadline to July 2, 2026. *See* ECF No. 1-3 (the "State Court Stipulation and Order"). On June 1, 2026, Judge Williams, Department XVI of the Eighth Judicial District Court, Clark County, Nevada, signed the Order on the Stipulation. *Id.*

2. The State Court Stipulation and Order also provided that, in the event that Defendants filed a motion instead of an answer, the Parties agreed to an extended briefing schedule due to Plaintiffs' counsel's pre-planned travel plans in July.

3. Defendants filed their Notice of Removal on June 10, 2026 (ECF No. 1) and their Motion to Dismiss on July 2, 2026 (ECF No. 10).

4. Pursuant to the State Court Stipulation and Order, Plaintiffs' opposition to the Motion to Dismiss is due on or before July 31, 2026. *See* ECF No. 1-3.

5. Pursuant to the State Court Stipulation and Order, Defendants' reply in support of the Motion to Dismiss is due on or before August 14, 2026. *Id.*

6. The hearing for the Motion to Dismiss is currently set for August 5, 2026, prior to the stipulated close of briefing. *See* ECF No. 11.

7. The Parties respectfully request that this Court adopt the briefing schedule set forth in the State Court Stipulation and Order, and continue the hearing on the Motion to Dismiss to a date no sooner than August 21, 2026.

8. Additionally, Plaintiffs filed a Motion to Remand, which is set for hearing August 5, 2026. *See* ECF No. 14. Plaintiffs request that the Motion to Remand be decided prior to a hearing on the Motion to Dismiss.

9. This is the first requested extension and is made in good faith, and not for purposes of delay.

\\\

\\\

\\\

\\\

**IT IS SO STIPULATED.**

DATED this 14 day of July, 2026.

**WILEY PETERSEN**

JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

*Attorneys for Plaintiffs*

DATED this 14th day of July, 2026.

**GREENE INFUSO, LLP**

*/s/ Michael V. Infuso*

MICHAEL V. INFUSO, ESQ.
Nevada Bar No. 7388
SEAN B. KIRBY, ESQ.
Nevada Bar No. 14224
STEVEN C. ISAACS, ESQ.
Nevada Bar No. 16553
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
minfuso@greeneinfusolaw.com
skirby@greeneinfusolaw.com
sisaacs@greeneinfusolaw.com

JAMES JANTARASAMI, ESQ. *Pro Hac Vice*
New York Bar No. 4355491
**LAW OFFICE OF JAMES JANTARASAM**
3 Columbus Circle, Fl. 15
New York, NY 10019
Telephone: (212) 324-1480
Facsimile: (212) 328-1436
E-mail: james@jlawnyc.com

*Attorneys for Defendants*

**ORDER**

The hearing re: the motion to dismiss at ECF No. 10 and the motion to remand at ECF No. 13 set for August 5, 2026, is continued to August 27, 2026, at 2:00 p.m.

DATED: 7/21/2026

UNITED STATES DISTRICT JUDGE