Michael V. Infuso, Esq., Nevada Bar No. 7388
Sean B. Kirby, Esq., Nevada Bar No. 14224
Steven C. Isaacs, Esq., Nevada Bar No. 16553
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
skirby@greeneinfusolaw.com
sisaacs@greeneinfusolaw.com

James Jantarasami, PRO HAC VICE
**LAW OFFICE OF JAMES JANTARASAMI**
3 Columbus Circle, Fl. 15
New York, New York 10019
Telephone: (212) 324-148
Facsimile: (212) 328-1436
Email: james@jlawnye.com

*Attorneys for Defendants*

GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| NEVADA REGIONAL ECONOMIC DEVELOPMENT CENTER, LLC, a Nevada limited liability company, on its own behalf and derivatively on behalf of NREDC BISTRO MANAGER, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>IMMIGRATION CAPITAL LLC, a Delaware limited liability company, YU CAPITAL, LLC, a Wyoming limited liability company, and ZHENGYU HUANG, an individual,<br><br>Defendants. | Case No.: 2:26-cv-01760-JAD-MDC<br><br>(Removed from the District Court of Clark County, Nevada, Case No. A-26-940600-B, Dept. No.: XVI)<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS [ECF No. 10] AND MOTION FOR REMAND [ECF No. 13]**<br><br>**(Second Request)** |

Plaintiffs NEVADA REGIONAL ECONOMIC DEVELOPMENT CENTER, LLC and NREDC BISTRO MANAGER, LLC (collectively "Plaintiffs") and Defendants IMMIGRATION CAPITAL LLC, YU CAPITAL, LLC, and ZHENGYU HUANG (collectively "Defendants"), through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, Defendants' filed their Motion to Dismiss [ECF No. 10] on July 2, 2026, and

is currently scheduled for hearing on August 27, 2026, at 2:00 p.m.;

WHEREAS, Plaintiffs' filed their Motion for Remand [ECF No. 13] on July 9, 2026, and is currently scheduled for hearing on August 27, 2026, at 2:00 p.m.;

NOW THEREFORE, due to the travel schedule of counsel for Defendants, Defendants and Plaintiffs hereby stipulate and agree to continue the hearing on their Motions to September 14, 2026, at 1:30 p.m., or as soon thereafter as counsel may be heard.

DATED this 25 day of August 2026.

**GREENE INFUSO, LLP**

Michael V. Infuso, Esq., NV Bar No. 7388
Sean B. Kirby, Esq., NV Bar No. 14224
Steven C. Isaacs, Esq., NV Bar No. 16553
3030 South Jones Boulevard, Suite 101,
Las Vegas, Nevada 89146

James Jantarasami, PRO HAC VICE
**LAW OFFICE OF JAMES JANTARASAMI**
3 Columbus Circle, Fl. 15
New York, New York 10019

*Attorneys for Defendants*

DATED this 25 day of August 2026.

**WILEY PETERSEN**

/s/ Jonathan D. Blum
Jonathan D. Blum, Esq., NV Bar No. 9515
Jason M. Wiley, Esq., NV Bar No. 9274
10000 W. Charleston Blvd., Suite 230
Las Vegas, Nevada89135

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

DATED: 8/26/2026

UNITED STATES DISTRICT JUDGE



GREENE INFUSO, LLP
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000